IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>A 1976 LEAR JET 24E, et al.,<br><br>        Defendants *in Rem*,<br><br>BENJAMIN SIMS<br>HIGHLANDS GROUP, LLC<br>SILVERLEAF ACQUISITION HOLDINGS, LLC<br><br>        Third-Party Claimants. | ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING THE CASE<br><br>Case No. 2:13CV00772-DN<br><br>Judge David Nuffer |

Based on the United States' motion,[1] settlement agreements of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the settlement agreement between the United States and Claimant SilverLeaf Acquisition Holdings, LLC, is APPROVED; and

IT IS FURTHER ORDERED that the 1976 Lear Jet 24E, N894CJ, $32,879.61 in Wells Fargo Account 8686272991, and $29,462.59 in Wells Fargo Account 8686273031 are dismissed as defendants in this matter.

//

//

//

//

---

[1] Motion to Dismiss Case and to Approve Settlement Agreement, docket no. 29, filed December 10, 2014.

IT IS FURTHER ORDERED that this case is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. The clerk is directed to close the case.

Dated this 10th day of December, 2014.

BY THE COURT:

_____
DAVID NUFFER, Judge
United States District Court